```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION

LA TOYA HUGHES                  §
                                §
VS.                             §    ACTION NO. 4:23-CV-875-Y
                                §
WHATABURGER RESTAURANTS, LLC    §
```

## ORDER GRANTING MOTION TO STAY AND ADMINISTRATIVELY CLOSING CASE

Pending before the Court is the parties' Joint Motion to Stay Proceedings Pending Arbitration (doc. 8).[1] After review of the motion, the Court concludes that it should be, and it is hereby, GRANTED, in that all proceedings in this case are hereby STAYED pending further order of the Court. The parties shall promptly initiate and participate in arbitration proceedings in accordance with the terms of their arbitration agreement.

In an effort to efficiently manage this Court's docket, this case is ADMINISTRATIVELY CLOSED. The case may be reopened, without prejudice, upon the motion of either party, after a final decision is made in the related arbitration proceeding. The right to reopen this case shall continue until thirty (30) days after the related arbitration proceeding is concluded. *Cf. Prior Products, Inc. v. Southwest Wheel-NCL Co.*, 805 F.2d 543 (5th Cir. 1986).

SIGNED October 11, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court received neither a paper copy of nor an electronic proposed order with the motion. Counsel are reminded of this Court's requirement that a paper copy of every motion be transmitted to chambers upon electronic filing of the motion. *See* N.D. Tex. L. Civ. R. 5.1(b); ECF Admin. Procedures Manual at 3, ¶ II(C). Counsel are also reminded that all motions require an electronic proposed order (emailed to means_orders@txnd.uscourts.gov). *See* N.D. Tex. L. Civ. R. 7.1(c); ECF Admin. Procedures Manual at 3, II(F). Providing these items generally expedites the Court's consideration of the motion to which they pertain.